UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUEBEN HERRERRA and RICO MENEFEE,

    Plaintiffs,

                              Case No. 10-11215

v.

                              Honorable John Corbett O'Meara

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (#171)

The court having reviewed the July 22, 2011 Report and Recommendation (document no. 171), filed by Magistrate Judge Paul Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of the court.

IT IS FURTHER ORDERED that the motions to strike (#123, 133, 159, 162, and 166) are DENIED.

                                                     s/John Corbett O'Meara
                                                     United States District Judge

Date: September 1, 2011

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 1, 2011, using the ECF system, and upon Rueben Herrerra at Thumb Correctional Facility, 3225 John Conley Drive, Lapeer, MI 48446; Rico Menefee at Newberry Correctional Facility, 3001 Newberry Avenue, Newberry, MI 49868 by first-class U.S. mail.

                                  s/William Barkholz
                                  Case Manager